

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2015

No. 04-15-00214-CV

**IN RE** Juan Miguel **MATA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On May 8, 2015, relator Juan Miguel Mata, filed a motion for extension of time to file a motion for rehearing. The motion is GRANTED. Any motion for rehearing on behalf of relator should be filed in this court no later than June 8, 2015.

It is so **ORDERED** on May 14, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2714, styled *In the Matter of Maria Elena Mata and Juan Miguel Mata*, pending in the County Court, Dimmit County, Texas, the Honorable Francisco G. Ponce presiding.